UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.H. a minor, individually and as Successor in Interest of VACHEL HOWARD, deceased, by and through her Guardian ad Litem, GEORGIA COMPTON, and K.E.H., a minor, individually and as Successor in Interest of VACHEL HOWARD, deceased, by and through his Guardian ad Litem, GEORGIA COMPTON,<br><br>　　　　　Plaintiffs,<br>v.<br>CITY OF LOS ANGELES, Police Officer Ricahrd Fox, Police Officer Maryann Bunag, Detention Officer Juan Romero, individually, and Police Chief CHARLIE BECK in his individual and official capacity.<br><br>　　　　　Defendants. | CASE NO. CV14-03423 SJO (JEMx)<br><br>c/w CV13-01847 (JEMx)<br><br>[PROPOSED] ORDER RE: PROTECTIVE ORDER |

The parties having so stipulated, and good cause appearing, the Stipulated Protective Order filed by the parties is hereby granted.

**IT IS SO ORDERED:**

DATED: 8/4/2014

~~S. JAMES OTERO~~
~~UNITED STATES MAGISTRATE JUDGE~~
**JOHN E. McDERMOTT**
**UNITED STATES MAGISTRATE JUDGE**